UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EDWARD ROGERS, | No. 2:22-cv-01955-DAD-DB |
| Plaintiff, | |
| v. | ORDER REFERRING MOTION TO MAGISTRATE JUDGE |
| SCOTT JONES, et al. | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending *pro se* motion for a temporary restraining order filed by plaintiff Kim Edward Rogers (Doc. No. 4) is hereby referred to United States Magistrate Judge Deborah Barnes for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated: **November 3, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

1